UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
SARAH BLEVISS,                                     :    Civil No.: 09-00419
                                                   :
                Plaintiff(s),   :    **ANSWER TO CROSS CLAIMS**
                                                   :
    -against-                                     :
                                                   :
ANITA GORUKANTI, PHARMATECH                        :
STAFFING, INC., ECKERD PHARMACY                    :
and ECKERD CORPORATION,                            :
                                                   :
                Defendant(s).   :
------------------------------------X

      Answering defendant, GENOVESE DRUG STORES, INC. s/h/a ECKERD PHARMACY and ECKERD CORPORATION, by way of its attorneys, RAVEN & KOLBE, LLP, responds to the Cross Claim of defendant PHARMATECH STAFFING INC. as follows:

      Defendant GENOVESE DRUG STORES, INC. s/h/a ECKERD PHARMACY and ECKERD CORPORATION deny all the Cross Claims of defendant PHARMATECH STAFFING INC., contained in her Answer dated December 18, 2009.

      **WHEREFORE**, answering defendant demands judgment dismissing the Cross Claims against defendant, GENOVESE DRUG STORES, INC. s/h/a ECKERD PHARMACY and ECKERD CORPORATION, in its entirety; including all costs of defending this action and as such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       December 29, 2009

                                                Respectfully submitted,
                                                RAVEN & KOLBE, LLP

                               By: _____
                                          Keith A. Raven, Esq. (KR-8086)
                                          Attorneys for Defendant
                                          GENOVESE DRUG STORES, INC.
                                          s/h/a ECKERD PHARMACY and
                                          ECKERD CORPORATION

126 East 56th Street, Suite 202
New York, New York 10022
Tel. (212) 759-7466
Fax (212) 759-0166
File No. 901-479-01

TO:

EDWARDS ANGELL PALMER & DODGE, LLP
Attorneys for PHARMATECH STAFFING, INC.
750 Lexington Avenue
New York, NY 10022
Tel. 212-308-4411

ASHER & ASSOCIATES, P.C.
Attorneys for Plaintiff SARAH BLEVISS
111 John Street, Suite 1200
New York, New York 10038
Tel. (212) 227-5000

KAUFMAN BORGEEST & RYAN, LLP
Attorneys for Defendant ANITA GORUKANTI
200 Summit Lake Drive
Valhalla, NY 10595
Tel. 914-449-1000